Receipt number 9998-3572243

ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**FILED**

OCT 7 2016

U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| 1. | FRANK MARRS | ) |
| 2. | NICOLE ADAMSON | ) |
| 3. | BETHANY AFRAID | ) |
| 4. | JOEL ALBRECHT | ) |
| 5. | JESUS AREVALO | ) |
| 6. | NATHAN ARNOLD | ) |
| 7. | SHAWN ASHWORTH | ) |
| 8. | JEREMIAH AUSTIN | ) |
| 9. | MICHAEL AVENALI | ) |
| 10. | JOSE BALAREZO | ) |
| 11. | EBONY BALDWIN | ) |
| 12. | CHARLES BAMBERY | ) |
| 13. | DAVID BARRAZA | ) |
| 14. | GREGORY BARRETT | ) |
| 15. | DONNA BARRINGER | ) |
| 16. | DAVID BAUTISTA | ) |
| 17. | GARY BAYES | ) |
| 18. | DARRELL BECTON | ) |
| 19. | FRAUN BELLAMY | ) |
| 20. | DARNELL BEMBO | ) |
| 21. | JESSICA BENDER | ) |
| 22. | MICHAEL BENJAMIN JR. | ) |

No. 16-1297 C _____

Judge _____

| | | |
|---|---|---|
| 23. | BRYAN BENTLEY | ) |
| 24. | WILLIAM BERTRAND | ) |
| 25. | CHRISTOPHER BIJOU | ) |
| 26. | ROVERTO BIZARO | ) |
| 27. | LAWRENCE BLACK | ) |
| 28. | BRYAN BLAGRAVE | ) |
| 29. | CAROLINE BLOOM | ) |
| 30. | JOHN BODNOVITS | ) |
| 31. | BRAD BOULRICE | ) |
| 32. | RAFAEL BOVINO | ) |
| 33. | CYNTHIA BOYD | ) |
| 34. | SUSAN BRANTLEY | ) |
| 35. | GREGORY BRASWELL | ) |
| 36. | ANGEL BRITT | ) |
| 37. | ADEASIA BROADWAY | ) |
| 38. | LEARTIC BROOKS | ) |
| 39. | JEREMY BROWN | ) |
| 40. | SCOTT BROWN | ) |
| 41. | HAROLD BROWN BULL SR. | ) |
| 42. | WANDA BRUMFIELD | ) |
| 43. | BRIAN BRUMMETT | ) |
| 44. | BRADLEY BUGGER | ) |
| 45. | JOYLETTE BULLOCK | ) |

| | | |
|---|---|---|
| 46. | MARVIN BUNDY | ) |
| | | ) |
| 47. | JAKEIA BURGWYN | ) |
| | | ) |
| 48. | REBECCA CALHOUN | ) |
| | | ) |
| 49. | ROBIN CAMPISE | ) |
| | | ) |
| 50. | JANET CANNES | ) |
| | | ) |
| 51. | ARMANDO CARDENAS | ) |
| | | ) |
| 52. | MICHAEL CARDEW | ) |
| | | ) |
| 53. | ERIC CARLL | ) |
| | | ) |
| 54. | IGNACIO CARRILLO | ) |
| | | ) |
| 55. | PATRICIA CARRINGTON | ) |
| | | ) |
| 56. | DUSTIN CAVANAUGH | ) |
| | | ) |
| 57. | BRIANT CEASAR | ) |
| | | ) |
| 58. | JOE CHANEY | ) |
| | | ) |
| 59. | KATHERINE CHEESE | ) |
| | | ) |
| 60. | MANDY CHRESTENSEN | ) |
| | | ) |
| 61. | TYRONE CIVINGTON | ) |
| | | ) |
| 62. | JAMES COBOS | ) |
| | | ) |
| 63. | MATTHEW COFFER | ) |
| | | ) |
| 64. | PRINCE COFIE | ) |
| | | ) |
| 65. | DEREK COMBS | ) |
| | | ) |
| 66. | ANDREW COMER | ) |
| | | ) |
| 67. | JODI CONWAY | ) |
| | | ) |
| 68. | DANIEL COOMBE | ) |

| | | |
|---|---|---|
| 69. | WARDELL COUSINS | ) |
| | | ) |
| 70. | SHERRY COX | ) |
| | | ) |
| 71. | LINDA CREASIA | ) |
| | | ) |
| 72. | ADAM CREVELING | ) |
| | | ) |
| 73. | JOSHUA CRISWELL | ) |
| | | ) |
| 74. | CHRIS CROTEAU | ) |
| | | ) |
| 75. | TIWANNA CUFFEE | ) |
| | | ) |
| 76. | JACK CUSTER | ) |
| | | ) |
| 77. | CORNELIUS DANIEL | ) |
| | | ) |
| 78. | HERMAN DAVIS | ) |
| | | ) |
| 79. | VENYETTE DAVIS | ) |
| | | ) |
| 80. | MATTHEW DEAN | ) |
| | | ) |
| 81. | CLAUDIA DELATORRE | ) |
| | | ) |
| 82. | JASON DELAY | ) |
| | | ) |
| 83. | FERNANDO DIEGO | ) |
| | | ) |
| 84. | JOHN 1226 DOE | ) |
| | | ) |
| 85. | JOHN 1227 DOE | ) |
| | | ) |
| 86. | JOHN 1228 DOE | ) |
| | | ) |
| 87. | JOHN 1229 DOE | ) |
| | | ) |
| 88. | JOHN 1230 DOE | ) |
| | | ) |
| 89. | JOHN 1231 DOE | ) |
| | | ) |
| 90. | JOHN 1232 DOE | ) |
| | | ) |
| 91. | JOHN 1233 DOE | ) |

| | | |
|---|---|---|
| 92. | JOHN 1234 DOE | ) |
| 93. | JOHN 1235 DOE | ) |
| 94. | JOHN 1236 DOE | ) |
| 95. | JOHN 1237 DOE | ) |
| 96. | JOHN 1238 DOE | ) |
| 97. | JOHN 1239 DOE | ) |
| 98. | JOHN 1240 DOE | ) |
| 99. | JOHN 1241 DOE | ) |
| 100. | JOHN 1242 DOE | ) |
| 101. | JOHN 1243 DOE | ) |
| 102. | JOHN 1244 DOE | ) |
| 103. | JOHN 1245 DOE | ) |
| 104. | ROBERT DONAHUE | ) |
| 105. | DUSTIN DUBROC | ) |
| 106. | CHRISTOPHER DUCOTE | ) |
| 107. | LONNIE DUPRE | ) |
| 108. | MICHAEL DURAN | ) |
| 109. | JAMES DURANT | ) |
| 110. | GERARDO DURAZO | ) |
| 111. | JOSEPH ECK | ) |
| 112. | KERRY EDWARDS | ) |
| 113. | HEATHER EGGINK | ) |
| 114. | JACE ELLIOTT | ) |

| | | |
|---|---|---|
| 115. | THOMAS ELSARELLI | ) |
| 116. | KATRINA ENGLISH | ) |
| 117. | KRISTOFOR ERICKSON | ) |
| 118. | DOUGLAS EROH JR. | ) |
| 119. | RAUL ESPINOZA | ) |
| 120. | SHARON EVANS | ) |
| 121. | LONNIE FAIRCLOTH | ) |
| 122. | SANDRA FALES | ) |
| 123. | TIMOTHY FINNEY | ) |
| 124. | AGUSTIN FLORES | ) |
| 125. | JANIE FLORES-ALIANI | ) |
| 126. | TERA FOSTER | ) |
| 127. | DAVID FRESHOUR | ) |
| 128. | GREGORY FRITZLER | ) |
| 129. | JASON GADDIS | ) |
| 130. | LAWRENCE GALLINA | ) |
| 131. | LESSIE GANT | ) |
| 132. | MISAEL GARCIA | ) |
| 133. | BRAD GATES | ) |
| 134. | SUSAN GILL | ) |
| 135. | SHANNON GLAZE | ) |
| 136. | RAUL GONZALEZ | ) |
| 137. | DAVID GONZALEZ-PENA | ) |

| | | |
|---|---|---|
| 138. | ADAM GOOD | ) |
| | | ) |
| 139. | CHRISTOPHER GOODWIN | ) |
| | | ) |
| 140. | RONALD GREEN | ) |
| | | ) |
| 141. | RIKKI GRENOT | ) |
| | | ) |
| 142. | RENE GUERRA | ) |
| | | ) |
| 143. | SEAN HALTOM | ) |
| | | ) |
| 144. | SHAYLA HAMLIN | ) |
| | | ) |
| 145. | DELSHON HARDING | ) |
| | | ) |
| 146. | WILLEMA HARDY | ) |
| | | ) |
| 147. | ANDREA HARRIS | ) |
| | | ) |
| 148. | ARTHUR HARRIS | ) |
| | | ) |
| 149. | MELISSA HARRIS-ARNOLD | ) |
| | | ) |
| 150. | PAMELA HARVEY | ) |
| | | ) |
| 151. | NORMAN HEFFLE II | ) |
| | | ) |
| 152. | DREW HEINTZELMAN | ) |
| | | ) |
| 153. | DANIEL HENDERSON | ) |
| | | ) |
| 154. | JASON HENDERSON | ) |
| | | ) |
| 155. | DONALD HENDRICKS | ) |
| | | ) |
| 156. | JACQUETTA HENRY | ) |
| | | ) |
| 157. | CHARLES HERNANDEZ | ) |
| | | ) |
| 158. | RICHARD HERNANDEZ | ) |
| | | ) |
| 159. | WILLIAM HERNDON | ) |
| | | ) |
| 160. | MICHAEL HERRERA | ) |

| | | |
|---|---|---|
| 161. | SETH HICKS | ) |
| 162. | DIANA HODGE | ) |
| 163. | STEPHANIE HOFFA | ) |
| 164. | JONATHAN HOFFMAN | ) |
| 165. | SAMUEL HOWARD | ) |
| 166. | COREY HUGHES | ) |
| 167. | DIANA HUSTON | ) |
| 168. | LEONORA HUTCHISON | ) |
| 169. | BEATRICE IBARRA-CRUZ | ) |
| 170. | KEITH JACKSON | ) |
| 171. | MATTHEW JACOBENO | ) |
| 172. | JORDANA JAKUBOVIC | ) |
| 173. | BRIAN JAMES | ) |
| 174. | CATHERINE JEFFERSON-MCCOY | ) |
| 175. | IVY JENKINS-CARDEW | ) |
| 176. | DONALD JOHNSON | ) |
| 177. | DUANE JOHNSON | ) |
| 178. | LASHOWEN JOHNSON | ) |
| 179. | RENITA JOHNSON | ) |
| 180. | TERRY JOHNSON | ) |
| 181. | FELICIA JONES | ) |
| 182. | JOE JONES | ) |
| 183. | MONICA JONES | ) |

| 184. | TRACY JONES | ) |
| | | ) |
| 185. | JAMES KELLER | ) |
| | | ) |
| 186. | JERRY KEY | ) |
| | | ) |
| 187. | KAREN KILGORE | ) |
| | | ) |
| 188. | JOHN KINNIELL | ) |
| | | ) |
| 189. | JEREMY KLAUS | ) |
| | | ) |
| 190. | KEVIN KNOWLES | ) |
| | | ) |
| 191. | VIRGILENA KOMAHCHEET | ) |
| | | ) |
| 192. | LUZ KRAFT | ) |
| | | ) |
| 193. | RICARDO KUYBUS JR. | ) |
| | | ) |
| 194. | GREGORY LABAO | ) |
| | | ) |
| 195. | FRANCIS LACKIE | ) |
| | | ) |
| 196. | JAY LAFARGUE | ) |
| | | ) |
| 197. | FLAVIO LANDEROS | ) |
| | | ) |
| 198. | KENNETH LANE | ) |
| | | ) |
| 199. | MICHAEL LANGLEY | ) |
| | | ) |
| 200. | JOHNNY LATHAM | ) |
| | | ) |
| 201. | AUSTIN LECKIE | ) |
| | | ) |
| 202. | ROOSEVELT LEWIS | ) |
| | | ) |
| 203. | ROBIN LEWIS JR. | ) |
| | | ) |
| 204. | VICTOR LOGAN JR. | ) |
| | | ) |
| 205. | MARK LONG | ) |
| | | ) |
| 206. | REGINA LOPEZ | ) |

| 207. | NOEL LORENZO | ) |
| 208. | JOSUE LUGO | ) |
| 209. | DELBERT MACK | ) |
| 210. | JUSTIN MAGLAYA | ) |
| 211. | GREGORY MARING | ) |
| 212. | BRITNEY MCCLAIN | ) |
| 213. | CLARENCE MCCLURE | ) |
| 214. | PAMELA MCEWEN | ) |
| 215. | ARRON MCGEE | ) |
| 216. | CHRISTOPHER MCGEE | ) |
| 217. | KURT MCGHEE | ) |
| 218. | LYDIA MCGILL | ) |
| 219. | RONALD MCGRAW | ) |
| 220. | DAVID MCKEE | ) |
| 221. | ANN MCLAUGHLIN | ) |
| 222. | DONNA MCRAE | ) |
| 223. | MELISSA MEKEEL | ) |
| 224. | RAINIER MENDOZA | ) |
| 225. | LOREN MENGARELLI | ) |
| 226. | DAREN MENSCH | ) |
| 227. | BRIAN MIITTERLING | ) |
| 228. | NICHOLAS MILES | ) |
| 229. | GRAYSON MOFFETT | ) |

| | | |
|---|---|---|
| 230. | BRETT MOLEK | ) |
| | | ) |
| 231. | THOMAS MOORE | ) |
| | | ) |
| 232. | PETER MORALES | ) |
| | | ) |
| 233. | LETITIA MORGAN | ) |
| | | ) |
| 234. | SHAWN MORRISON | ) |
| | | ) |
| 235. | RONNY MORTON | ) |
| | | ) |
| 236. | JOHN MOTLEY | ) |
| | | ) |
| 237. | JOSHUA MOYER | ) |
| | | ) |
| 238. | DYLAN MROSZCZYK-MCDONALD | ) |
| | | ) |
| 239. | MICHAEL MUDRY | ) |
| | | ) |
| 240. | TYRANT MURRAY | ) |
| | | ) |
| 241. | JOSEPH NALEVAIKO | ) |
| | | ) |
| 242. | JUAN NUNEZ | ) |
| | | ) |
| 243. | LINDA NUTTER | ) |
| | | ) |
| 244. | MATTHEW OGDEN | ) |
| | | ) |
| 245. | DIERDRA ORETADE-BRANCH | ) |
| | | ) |
| 246. | CHRIS ORR | ) |
| | | ) |
| 247. | REYNALDO OSORIO | ) |
| | | ) |
| 248. | ROSEMARY OSTER | ) |
| | | ) |
| 249. | BRIAN OWENS | ) |
| | | ) |
| 250. | RACHAEL OWENS | ) |
| | | ) |
| 251. | ANDRES PADILLA | ) |
| | | ) |
| 252. | JOSHUA PARKER | ) |

| | | |
|---|---|---|
| 253. | JAIME PEDROZA | ) |
| 254. | TERI PERKINSON | ) |
| 255. | DEMETRIOUS PERRY | ) |
| 256. | JAMES PETERSON | ) |
| 257. | MALCOM PETTIT | ) |
| 258. | CHRISTOPHER PIERCE | ) |
| 259. | AARON POHL | ) |
| 260. | HARRY PORTER | ) |
| 261. | JAMIE PORTZLINE | ) |
| 262. | ANA RAMOS | ) |
| 263. | LUIS RAMOS | ) |
| 264. | LARA RAYMOND | ) |
| 265. | SERITA REED | ) |
| 266. | STEVE REID | ) |
| 267. | DELWIN REYES | ) |
| 268. | JOHNNY REYES | ) |
| 269. | MARTY RICHTER | ) |
| 270. | LAURIE RIDGLEY | ) |
| 271. | LEE RIEHLE | ) |
| 272. | DANIEL RIVERA | ) |
| 273. | TAMARA RN | ) |
| 274. | DOUGLAS ROBERTS | ) |
| 275. | ELLEN ROBERTS | ) |

| | | |
|---|---|---|
| 276. | SHERRIE ROBERTS | ) |
| 277. | JAMES ROBERTSON | ) |
| 278. | JOHNATHON ROBINSON | ) |
| 279. | CHRISTINA RODRIGUEZ | ) |
| 280. | KASI ROMANO | ) |
| 281. | DONALD ROSS | ) |
| 282. | SEAN ROSS | ) |
| 283. | TODD ROWE | ) |
| 284. | VICTOR RUBINACCI | ) |
| 285. | JORGE SALAZAR | ) |
| 286. | ELEAZAR SALDANA | ) |
| 287. | LINDA SANDERS | ) |
| 288. | THOMAS SANDS II | ) |
| 289. | DIANA SANTIAGO | ) |
| 290. | ROBERTO SAUCEDO JR. | ) |
| 291. | JOSEPH SAVONE | ) |
| 292. | TODD SCHEID | ) |
| 293. | JIL SCHEURER | ) |
| 294. | AMY SCHOONOVER | ) |
| 295. | KAREN SCOTT | ) |
| 296. | HECTOR SECCIA | ) |
| 297. | DELISE SHEARER | ) |
| 298. | TAKARA SHELTON | ) |

| | | |
|---|---|---|
| 299. | JUSTEN SHOMO | ) |
| 300. | ARTURO SIMENTAL | ) |
| 301. | ERICA SIMMONS | ) |
| 302. | RICHARD SIMON | ) |
| 303. | CASEY SMITH | ) |
| 304. | DARRELL SMITH | ) |
| 305. | TODD SMITH | ) |
| 306. | ROBERT SOLOMON | ) |
| 307. | ADRIENNE STEVENSON | ) |
| 308. | SUSAN STIPE | ) |
| 309. | JAMARI SURNEY | ) |
| 310. | ANTHONY SUTHERLAND | ) |
| 311. | ROBERT SWANSON SR. | ) |
| 312. | DION TANGUMA | ) |
| 313. | JUSTIN TAROVISKY | ) |
| 314. | LILA THOMPSON | ) |
| 315. | JOHN THORNTON | ) |
| 316. | DOUGLAS THURSTON | ) |
| 317. | CHOYA TODMAN | ) |
| 318. | ZAMIR TORUNO-DAVILA | ) |
| 319. | DEMETRIUS TOSSIE | ) |
| 320. | STEVEN TOTH | ) |
| 321. | TERRI TRYFON | ) |

| | | |
|---|---|---|
| 322. | DENNIS TUBBS | ) |
| | | ) |
| 323. | ARTHUR VALDEZ III | ) |
| | | ) |
| 324. | AGUEDA VALENCIA | ) |
| | | ) |
| 325. | GILBERTO VALENCIA | ) |
| | | ) |
| 326. | SHANCHEVIA VANCE | ) |
| | | ) |
| 327. | KASHONDA VANDUYNE | ) |
| | | ) |
| 328. | CARMEN VASQUEZ | ) |
| | | ) |
| 329. | CHARLES VIGGATO | ) |
| | | ) |
| 330. | JOSHUA VOGEL | ) |
| | | ) |
| 331. | JOSH WAGNER | ) |
| | | ) |
| 332. | ALAN WARSAW | ) |
| | | ) |
| 333. | RANDALL WASHINGTON | ) |
| | | ) |
| 334. | TAMMY WATKINS | ) |
| | | ) |
| 335. | PHILLIP WATSON | ) |
| | | ) |
| 336. | BERNICE WATTS | ) |
| | | ) |
| 337. | MARK WENDT | ) |
| | | ) |
| 338. | RICHARD WENTZ | ) |
| | | ) |
| 339. | JASON WILKINSON | ) |
| | | ) |
| 340. | CECIL WILLEY | ) |
| | | ) |
| 341. | DANNY WILLIAMS | ) |
| | | ) |
| 342. | JASON WILLIAMS | ) |
| | | ) |
| 343. | MICHAEL WILLIAMS | ) |
| | | ) |
| 344. | SEAN WILSON | ) |

| | |
|---|---|
| 345.   TERESA WILSON | ) |
| 346.   ANDREA WILSON (DAVIS) | )<br>) |
| 347.   RICHARD WILSON III | )<br>) |
| 348.   BONNIE WISE | )<br>) |
| 349.   JEFFREY WOJCIK | )<br>) |
| 350.   ANGELA WRIGHT | )<br>) |
| 351.   ROSEMARY YNIQUEZ | )<br>) |
| 352.   RYAN ZITO | )<br>) |
|         Plaintiffs, | )<br>) |
| v. | )<br>) |
| THE UNITED STATES OF AMERICA | )<br>) |
|         Defendant. | )<br>) |

## COMPLAINT

COME NOW Plaintiff Frank Marrs and the 351 other Plaintiffs listed above and identified in Attachment A below, and allege as follow as their Complaint against Defendant:

## INTRODUCTION

1.     The Government experienced a partial shutdown between October 1, 2013 and October 16, 2013 because of a budget impasse within the United States Congress and between Congress and the President.  During the shutdown, Plaintiffs, and thousands of other "Affected Employees," (a) were classified by their employer, the Defendant United States of America, as non-exempt under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, (b) were classified by the Government as "excepted employees" in that they were required to work during the shutdown, (c) performed work for the Government between October 1, 2013 and October 5,

2013 (the "Five Days"), and (d) were not paid for that work on their regularly scheduled payday ("Scheduled Payday") for biweekly pay period nineteen from September 22, 2013 through October 5, 2013 ("Pay Period 19").

2.      Plaintiffs were not paid the minimum wage for each hour worked during the Five Days, or alternatively, many Plaintiffs were paid less than $290 (the minimum wage of $7.25 per hour times forty hours per week) for work performed during the week of September 29, 2013 through October 5, 2013 (the "Week").  Plaintiffs seek liquidated damages under the FLSA at the rate of $7.25 per hour times the number of hours worked during the Five Days, or alternatively, in an amount equal to the difference between $290 and the amount paid on the Scheduled Payday for work performed during the Week.[1]

3.      In addition, Plaintiffs were not paid on their Scheduled Payday for work performed during the Five Days in excess of the applicable overtime thresholds.  Plaintiffs seek liquidated damages under the FLSA in the amount of any overtime payments to which they were entitled on the Scheduled Payday.

4.      Over 20,000 other Affected Employees are litigating a case known as *Martin v. United States*, No. 13-834C, assigned to Chief Judge Campbell-Smith.  Plaintiffs believe that this is a related case to *Martin v. United States* in that the two cases arose out of the same events and all issues raised in *Martin* are identical to the issues raised in this case, except that Plaintiffs in this case do not assert any claim on behalf of employees classified as exempt under the FLSA and *Martin* does not raise the issue of whether the statute of limitations should be three years

---

[1]      The Court ruled in *Martin v. United States*, *No. 13-834C*, on July 31, 2014, that whether employees are paid minimum wage is determined on a weekly basis rather than on an hourly or daily basis.  If this case is assigned as a related case to Chief Judge Campbell-Smith, Plaintiffs do not intend to re-litigate this issue, but allege it in the Complaint to preserve their rights on appeal.

because the Government willfully violated the FLSA, as does this case.  Accordingly, this case

should be treated as related to *Martin* and also assigned to Chief Judge Campbell-Smith.

## JURISDICTION AND VENUE

5.      The United States Court of Federal Claims has jurisdiction and venue over this

action pursuant to 28 U.S.C. § 1491(a), or alternatively, 28 U.S.C. § 1346(a)(2), inasmuch as this

is a claim against the United States founded on an Act of Congress and for damages in a case not

sounding in tort.

## PARTIES

6.      Plaintiff Frank Marrs was an employee of Defendant classified as FLSA non-

exempt in its Bureau of Prisons within the Department of Justice during Pay Period 19.  Mr.

Marrs was classified as an Essential Employee and performed work for Defendant during the

Five Day period for which he was not compensated on the Scheduled Payday.  As a result, the

Defendant did not timely pay Mr. Marrs the minimum wage for the Week and/or did not timely

pay him overtime wages, in violation of the FLSA.  A copy of Mr. Marrs' written consent is

contained in Sealed Attachment A.

7.      The additional 351 persons who are Plaintiffs in this action also were employees

of the Defendant classified as FLSA non-exempt during Pay Period 19.  Each of them was

classified as an Essential Employee and performed work for Defendant during the Five Day

period for which they were not compensated on the Scheduled Payday.  As a result, the

Defendant did not timely pay them the minimum wage for the Week and/or did not timely pay

them overtime wages, in violation of the FLSA.  A list of the plaintiffs, showing their names,

agency, job location, job title, component, and the last four digits of their social security number

is Attachment B.  Each plaintiff who is a United States Air Marshal is listed in Attachment B as

"John Doe."    A separate Sealed Attachment C contains the actual names of the John Doe plaintiffs.

8.    Each of the plaintiffs listed on Attachment B and Sealed Attachment C has signed a written consent form.  Because a large number of plaintiffs are United States Air Marshals, the Plaintiffs' consent forms are submitted as Sealed Attachment A.

9.    Defendant United States is an "employer" and "public agency" within the meaning of 29 U.S.C. § 203(d), (x).

<u>ADDITIONAL FACTUAL ALLEGATIONS</u>
<u>RELEVANT TO ALL PLAINTIFFS</u>

10.    Defendant was partially shut down from October 1, 2013 through October 16, 2013.

11.    The partial shutdown did not affect some government employees, including some or all members of the military, employees who were "exempted" from the shutdown because their positions are not funded by annually appropriated funds, such as the Postal Service and the Federal Reserve, or Presidential appointees who are not covered by the leave system in 5 U.S.C. chapter 63.

12.    Defendant designated all of its employees in agencies and positions that were affected by the partial shutdown either as excepted employees or as non-excepted employees. Affected Employees were required to report to work and perform their normal duties, but were not compensated for work performed on or after October 1, 2013 until after the partial shutdown ended.

13.    Plaintiffs, like other Government employees, typically are paid biweekly.

14.    For most or all Affected Employees, the first pay period affected by the partial shutdown commenced Sunday, September 22, 2013 and ended Saturday, October 5, 2013.  Upon

19

information and belief, the Scheduled Payday for all Plaintiffs as to the work performed during this period was Friday, October 11, 2013, Tuesday, October 15, 2013, or Thursday, October 17, 2013.

15.     Affected Employees, including the Plaintiffs, were not paid on their Scheduled Payday for work performed during the Five Days.  Plaintiffs were paid for work performed during the Five Days after their Scheduled Payday.

16.     As a result, the Plaintiffs were not paid for work performed between October 1, 2013 and October 5, 2013, on the date when such payment was due, in violation of the FLSA.

17.     Plaintiffs are paid pursuant to schedules that permit their pay rates to be calculated as a certain amount per hour.

18.     On their Scheduled Payday, each Plaintiff received information showing the amount received for work performed during the Week or during Pay Period 19.

19.     Because Plaintiffs were paid for a maximum of only two days during the Week, each Plaintiff was not paid at all on the Scheduled Payday for three or more days of scheduled work during the Week if working a five day workweek or for two or more days of scheduled work during the Week if working a four day workweek.

20.     If compliance with the FLSA's minimum wage is evaluated on an hourly basis, then Defendant paid each Plaintiff less than minimum wage on the Scheduled Payday.

21.     The minimum wage applicable to Plaintiffs is $7.25 per hour, or $290 for a forty hour week.

22.     Because Plaintiffs were paid for a maximum of only two days during the Week, many Plaintiffs were paid less than $290 for work performed during the Week.

23.     If compliance with the FLSA's minimum wage is evaluated on a weekly basis, then Defendant paid many Plaintiffs less than minimum wage on the Scheduled Payday.

24.     Defendant is obligated to pay overtime pay for work performed in excess of applicable thresholds, which differ for FLSA non-exempt employees classified as law enforcement employees or fire fighters than for other FLSA non-exempt employees.  For overtime work performed during Pay Period 19, the FLSA obligated Defendant to make such overtime payments on the Scheduled Payday.

25.     Defendant did not pay Plaintiffs on the Scheduled Payday for work in excess of the applicable overtime thresholds performed during the Week.

26.     On the eve of the Government shutdown, Congress passed and the President signed into law the Pay Our Military Act.  POMA provided, while the budget impasse was ongoing, for "such sums as are necessary to provide pay and allowances to:   (1) members of the Armed Forces, including reserve components, who perform active service during such period; and (2) civilian personnel and contractors of the Department of Defense (DOD) (and the Department of Homeland Security [DHS] in the case of the Coast Guard) whom the Secretary concerned determines are providing support to such members of the Armed Forces."  POMA did not provide for payment to other Affected Employees during the shutdown.

27.     Defendant did not consider, and conducted no analyses to determine, whether its failure to pay Affected Employees the minimum wage and overtime pay for work performed during the Five Days complied with the FLSA and relied on no authorities indicating that its failure to pay Affected Employees the minimum wage and overtime pay for work performed during the Five Days complied with the FLSA.

28.    Through publicly available guidance issued by Defendant's Department of Labor, and through private written communications, the United States Department of Labor, which administers and applies the FLSA to employers other than the Government, has consistently since at least 1998 taken the positions that (a) state and local governments violate the FLSA if they do not pay their employees minimum wage or overtime wages on their regularly scheduled paydays and (b) failure to timely pay minimum or overtime wages may subject those entities to liquidated damages under the FLSA, even if the failure was the result of a budget impasse that prevented the entity from making timely payment as a matter of state or local law, and even if payment were made promptly once the impasse ended.   That is exactly what happened in October 2013.  The only difference was that the employer was the United States Government instead of a state or local government.

29.    The Defendant was aware that its federal courts had ruled in cases involving state governments that (a) state governments violate the FLSA if they do not pay their employees minimum wage or overtime wages on their regularly scheduled paydays and (b) failure to timely pay minimum or overtime wages may subject those entities to liquidated damages under the FLSA, even if the failure was the result of a budget impasse that prevented the entity from making timely payment as a matter of state or local law, and even if payment were made promptly once the impasse ended.   An aggravating factor was that the state government's legislature had provided for payment to some of its employees during the shutdown but not for payment to others.

30.    Defendant cannot avoid payment of liquidated damages by showing that its violations of the FLSA were in good faith because, among other reasons, it never considered the

applicability of the FLSA and hence did not perform any analysis of whether it was about to violate the FLSA.

31.    Defendant also cannot avoid payment of liquidated damages by showing that it had reasonable grounds for believing that its acts complied with its obligations under the FLSA because, among other reasons, (a) it never considered the applicability of the FLSA and hence had no belief at all as to whether its acts complied with its obligations under the FLSA, and (b) if it had considered the issue, the opinions of its own Department of Labor would have been that a budget impasse and the Anti-Deficiency Act would not justify violation of the FLSA.

32.    Defendant's violations of the FLSA described above were willful, and in conscious or reckless disregard of the requirements of the FLSA.  Not even considering the applicability of the FLSA, a law that the Defendant adopted and administers, is a paradigmatic example of reckless disregard of the statute.

33.    As a result of the actions alleged above, the Plaintiffs suffered financial injuries and mental pain and anguish and are entitled to statutory liquidated damages.

## COUNT ONE

### FAILURE TO PAY MINIMUM WAGES TIMELY
### <u>AS REQUIRED UNDER THE FLSA</u>

34.    Plaintiffs incorporate all preceding paragraphs as if fully stated herein.

35.    Defendant failed to pay Plaintiffs for work performed during the Five Days on the Scheduled Payday.  As a result, all Plaintiffs were paid less than minimum wage if the obligation is determined on an hourly basis, and many Plaintiffs were paid less than minimum wage if the obligation is determined on a weekly basis.

36.    Defendant's failure to pay Plaintiffs minimum wage on their Scheduled Payday violated the FLSA.  Defendant's violation was willful and in conscious or reckless disregard of

the requirements of the FLSA.  Defendant cannot show that its violations of the FLSA were in good faith and that it had reasonable grounds for believing that its acts complied with its obligations under the FLSA.

37.    As a result, Plaintiffs suffered financial and other injuries, and are entitled to statutory liquidated damages.

**COUNT TWO**

**FAILURE TO PAY OVERTIME TIMELY
AS REQUIRED UNDER THE FLSA**

38.    Plaintiffs incorporate all preceding paragraphs as if fully stated herein.

39.    Defendant failed to pay overtime on their Scheduled Payday to Plaintiffs who worked in excess of the applicable threshold for overtime pay during Pay Period 19.

40.    Many Plaintiffs worked in excess of the applicable threshold for overtime pay during the Five Days.

41.    Defendant violated the FLSA by failing to pay overtime pay on the Scheduled Payday to Plaintiffs who worked in excess of the applicable threshold for overtime pay during the Five Days.  Its violation was willful, and in conscious or reckless disregard of the requirements of the FLSA.  Defendant cannot show that its violations of the FLSA were in good faith and that it had reasonable grounds for believing that its acts complied with its obligations under the FLSA.

42.    As a result, Plaintiffs who worked overtime during the Five Days suffered financial and other injuries, and are entitled to statutory liquidated damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court grant relief against Defendant as follows:

(a)      Enter a declaration that Defendant has violated its statutory and legal obligations and deprived Plaintiffs of their rights, privileges, protections and compensation under the law, that the violations were not in good faith and that Defendant did not have reasonable grounds for believing that its acts complied with its obligations under the FLSA, and that the violations were in reckless disregard of the requirements of the FLSA;

(b)      Award Plaintiffs monetary damages in the form of liquidated damages under the FLSA equal to an amount that they should have been paid to satisfy the FLSA's minimum wage requirements on the Scheduled Payday for work performed during the Week;

(c)      Award Plaintiffs monetary damages in the form of liquidated damages under the FLSA equal to the amount of overtime compensation that they should have been paid on the Scheduled Payday for work performed during the Week;

(d)      Award Plaintiffs and all other Members their reasonable attorneys' fees to be paid by Defendant, and the costs and disbursements of this action; and

(g)      Grant such other legal and equitable relief as may be just and proper.

Respectfully submitted,


October 7, 2016                                    ___/s/_Heidi Burakiewicz_____
                                                  Heidi R. Burakiewicz
                                                  Mehri & Skalet, PLLC
                                                  1250 Connecticut Avenue NW, Suite 300
                                                  Washington, D.C. 20036
                                                  (202) 822-5100 (phone)
                                                  (202) 822-4997 (fax)
                                                  hburakiewicz@findjustice.com

                                                  Counsel of Record for Plaintiffs

                                                  Steven A. Skalet
                                                  Michael Lieder
                                                  Mehri & Skalet, PLLC
                                                  1250 Connecticut Avenue NW, Suite 300
                                                  Washington, D.C. 20036
                                                  (202) 822-5100 (phone)
                                                  (202) 822-4997 (fax)
                                                  sskalet@findjustice.com
                                                  mlieder@findjustice.com

                                                  Of Counsel for Plaintiffs